# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BNSF RAILWAY COMPANY, a corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>SAN JOAQUIN VALLEY RAILROAD COMPANY, a corporation, et al.,<br><br>            Defendants. | NO. 1:08-CV-01086-AWI-SMS<br><br>ORDER VACATING OCTOBER 27, 2008, HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendants' motion to dismiss complaint against Defendant Tulare Valley Railroad for lack of jurisdiction has been set for hearing in this case on October 27, 2008.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 27, 2008, is VACATED, and the parties shall not appear at that time.  As of October 27, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 21, 2008             /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE