Briggs and Morgan, P.A.
Timothy R. Thornton, MN Bar No. 109630
(Admitted Pro Hac Vice)
Paul J. Hemming, MN Bar No. 0346184
(Admitted Pro Hac Vice)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2157
Telephone:    (612) 977-8400
Facsimile:    (612) 977-8650

Auchard & Stewart
Paul Auchard, Bar No. 060474
2377 W. Shaw, Suite 106
Fresno, CA 93711-3438
Telephone:    (559) 432-0991
Facsimile:    (559) 432-1025

Attorneys for Plaintiff
BNSF Railway Company, a Delaware Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BNSF Railway Company, a Delaware Corporation, | Case No.  1:08-CV-01086-AWI-SMS |
|---|---|
| Plaintiff, | **Case Type:  Declaratory Judgment/Contract** |
| v. | **STIPULATION FOR MOTION TO AMEND SCHEDULING ORDER;** |
| San Joaquin Valley Railroad Company, a California Corporation, et al., | **ORDER** |
| Defendants. | |

      This Stipulated Joint Motion is brought on behalf of all parties.  The parties hereby jointly move the Court to extend certain Scheduling Order deadlines as stated below.  In support of their motion, the parties state:

      The original Scheduling Order provided only two weeks between expert disclosures and supplemental or rebuttal expert disclosures.  The parties request additional time to review and analyze expert disclosures, depose designated experts and then name and depose any rebuttal experts.

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to the parties' agreement to schedule expert witness depositions for the week of November 30, 2009, the parties hereby agree, subject to the Court's approval, to the following amended scheduling order deadlines.

1. The supplemental or rebuttal expert disclosure deadline shall be amended from a deadline of October 13, 2009 to January 18, 2010.

2. The last day to depose either of the two originally-designated expert witnesses shall be December 4, 2009.

3. The last day to depose or take any other discovery from a designated supplemental or rebuttal expert witness shall be February 15, 2010.

4. The Non-Dispositive and Dispositive Motion filing deadline shall be extended from a deadline of January 8, 2010 to a deadline of March 8, 2010.

5. Nothing herein shall extend the November 30, 2009 factual discovery deadline for discovery between the parties. BNSF reserves the right to seek an extension of that deadline.

6. The settlement conference date of December 8, 2009; the pre-trial conference date of March 26, 2010; and the trial date of May 11, 2010 shall remain in effect.

Dated: October 16, 2009               Briggs and Morgan, P.A.

                                      By: s/Paul J. Hemming
                                          Timothy R. Thornton
                                          Paul J. Hemming
                                          Attorneys for Plaintiff
                                          BNSF Railway Company, a Delaware
                                          Corporation

Dated: October 16, 2009               Hicks | Park LLP

                                      By: s/ James B. Hicks
                                          James B. Hicks
                                          Attorneys for Defendants and Counterclaimant

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Pursuant to the parties' agreement, the Court hereby amends following scheduling order deadlines.

1. The supplemental or rebuttal expert disclosure deadline is amended from a deadline of October 13, 2009 to January 18, 2010.

2. The last day to depose either of the two originally-designated expert witnesses shall be December 4, 2009.

3. The last day to depose or take any other discovery from a designated supplemental or rebuttal expert witness shall be February 15, 2010.

4. The Non-Dispositive and Dispositive Motion filing deadline is extended from a deadline of January 8, 2010 to a deadline of March 8, 2010.

5. Nothing herein shall extend the November 30, 2009 factual discovery deadline for discovery between the parties.

6. The settlement conference date of December 8, 2009; the pre-trial conference date of March 26, 2010; and the trial date of May 11, 2010 shall remain in effect.

Dated:  October 19, 2009

/s/ Sandra M. Snyder
United States Magistrate Judge

2417776v1

PDF created with pdfFactory trial version www.pdffactory.com