Briggs and Morgan, P.A.
Timothy R. Thornton, MN Bar No. 109630
(Admitted Pro Hac Vice)
Paul J. Hemming, MN Bar No. 0346184
(Admitted Pro Hac Vice)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2157
Telephone:     (612) 977-8400
Facsimile:      (612) 977-8650

Auchard & Stewart
Paul Auchard, Bar No. 060474
2377 W. Shaw, Suite 106
Fresno, CA 93711-3438
Telephone:     (559) 432-0991
Facsimile:      (559) 432-1025

Attorneys for Plaintiff
BNSF Railway Company, a Delaware Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BNSF Railway Company, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>San Joaquin Valley Railroad Company, a California Corporation; and Tulare Valley Railroad Company, a Nevada Corporation,<br><br>Defendants. | Case No.  1:08-CV-01086-AWI-SMS<br><br>**Case Type:  Declaratory Judgment/Contract**<br><br>**STIPULATION FOR AMENDED COMPLAINT; ORDER**<br><br><br><br>Trial Date: May 11, 2009 |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the parties through their respective undersigned counsel hereby stipulate and agree that Plaintiff may serve and file its Amended Complaint.  The parties agree that defendants shall have twenty (20) days to respond to the Amended Complaint after being served with it.

As a condition of this stipulation and agreement, the parties also agree that the trial in this matter shall not be bifurcated, and respectfully ask the Court to enter the attached proposed order.

PDF created with pdfFactory trial version www.pdffactory.com

1   Defendants are stipulating to the filing of this pleading in the attached format to avoid the
2   necessity of a motion for leave to amend the original complaint under Rule 15, but reserve all
3   rights, including without limitation the right to bring any responsive motions under the Federal
4   Rules of Civil Procedure.

5

6   Dated: November 4, 2009          Briggs and Morgan, P.A.

7

8                                    By:  *s/ Paul J. Hemming*
                                         Timothy R. Thornton
9                                        Paul J. Hemming
                                         Attorneys for Plaintiff
10                                       BNSF Railway Company, a Delaware
                                         Corporation
11

12  Dated: November 3, 2009          Hicks | Park LLP

13

14                                   By:  *s/ James B. Hicks*
                                         James B. Hicks
15                                       Gary W. Park
                                         Attorneys for Defendants
16                                       San Joaquin Valley Railroad Company
                                         and Tulare Valley Railroad Company
17

18

19

20

21

22

23

24

25

26

27

BRIGGS AND
MORGAN, P.A.
ATTORNEYS AT LAW
MINNEAPOLIS

2425436v1                            - 2 -              STIPULATION FOR AMENDED COMPLAINT;
                                                        PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

The Court notes that as a condition of this stipulation and agreement, the parties have agreed that the trial in this matter shall not be bifurcated, and the Court therefore hereby orders that the trial in this matter shall not be bifurcated, and pursuant to the parties' agreement and Local Rule 83-143, the Court also hereby approves the Stipulation for Amended Complaint.

IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT Plaintiff shall file the Amended Complaint within five (5) days from service of this Order.

**IT IS SO ORDERED.**

**Dated:    November 4, 2009**                    _____/s/ Sandra M. Snyder_____
                                                                        **UNITED STATES MAGISTRATE JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com