**ESQUIRE**
Esquire - Jacksonville
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

 **ESQUIRE**
an Alexander Gallo Company



Telephone (904) 355-8416
Toll Free (800) 322-8416
Fax (866) 590-3205
www.esquiresolutions.com

### Invoice # BG118302

| Invoice Date | Terms |
|---|---|
| 06/24/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |



 RECEIVED JUL - 6 2009 BY

TIMOTHY THORNTON, ESQ.
BRIGGS & MORGAN - MINNEAPOLIS
2200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/09/2009 | BNSF RAILWAY vs. SAN WAKEEN VALLEY | 101358 | 06/22/2009 | F-S-O |

**Description**

Original Transcript of CHARLES PATTERSON

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*\*\*\*ROUGH DRAFT PROVIDED\*\*\**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS $1,135.00 FOR VIDEO SERVICES.

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 3,790.52 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 3,790.52** |
| **Payment Due:** | **07/24/2009** |

After 08/08/2009 Pay This Amount: $ 4,169.57

Tax Number: 20-8233517

---

### Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐   ☐☐☐☐
Credit Card Number                              Exp. Date

Company: Esquire - Jacksonville
Invoice Number: BG118302
Invoice Date: 06/24/2009
Balance: $ 3,790.52
Due Date: 07/24/2009
Late Date: 08/08/2009
Late Amount: $ 4,169.57

☐ Check Enclosed
Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 934157,    Atlanta GA 31193-4157



032  0000118302  06242009  8  000379052  6  07242009  08082009  9