Briggs and Morgan, P.A.
Timothy R. Thornton, MN Bar No. 109630
(Admitted Pro Hac Vice)
Paul J. Hemming, MN Bar No. 0346184
(Admitted Pro Hac Vice)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2157
Telephone:     (612) 977-8400
Facsimile:      (612) 977-8650

Auchard & Stewart
Paul Auchard, Bar No. 060474
2377 W. Shaw, Suite 106
Fresno, CA 93711-3438
Telephone:     (559) 432-0991
Facsimile:      (559) 432-1025

Attorneys for Plaintiff
BNSF Railway Company, a Delaware Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BNSF Railway Company, a Delaware Corporation,<br><br>             Plaintiff,<br><br>v.<br><br>San Joaquin Valley Railroad Company, a California Corporation; and Tulare Valley Railroad Company, a Nevada Corporation,<br><br>             Defendants. | Case No.  1:08-CV-01086-AWI-SMS<br><br>**Case Type:  Declaratory Judgment/Contract**<br><br>**STIPULATION REGARDING PRE-TRIAL CONFERENCE; PROPOSED ORDER**<br><br><br>Trial Date: May 11, 2009 |

To accommodate a personal conflict of BNSF's trial counsel, the parties had suggested, during the telephonic conference before Chief Magistrate Judge Snyder on January 14, 2010, that the pre-trial conference be moved from March 26, 2010 to March 25, 2010.  *See* ECF

Doc. No. 102.  Due to forgotten personal plans of SJVR's trial counsel for March 25, 2010, at the time of the telephonic conference, the parties have agreed and thus request that the pre-trial conference before Chief Judge Ishii instead be rescheduled to April 2, 2010, at 8:30 a.m. (Pacific).

Dated: January 18, 2010

Briggs and Morgan, P.A.

By: *s/ Paul J. Hemming*
Timothy R. Thornton
Paul J. Hemming
Attorneys for Plaintiff
BNSF Railway Company, a Delaware Corporation

Dated: January 15, 2010

Hicks | Park LLP

By: *s/ James B. Hicks*
James B. Hicks
Gary W. Park
Attorneys for Defendants and for Counterclaimant

ORDER

Based on the agreement of counsel, the Court hereby approves the Stipulation Regarding Pre-Trial Conference. The pre-trial conference is now set for April 2, 2010 starting at 8:30 a.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:   January 19, 2010**          /s/ Anthony W. Ishii
                           CHIEF UNITED STATES DISTRICT JUDGE