1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BNSF RAILWAY COMPANY, a Delaware Corporation, | NO. 1:08-CV-01086-AWI-SMS |
| Plaintiff, | ORDER VACATING FEBRUARY 22, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |
| v. | |
| SAN JOAQUIN VALLEY RAILROAD COMPANY, a California Corporation, TULARE VALLEY RAILROAD COMPANY, a Nevada Corporation, | |
| Defendants. | |

        Plaintiff's motion to strike SJVR's "First Amended Supplemental Counterclaim" has

been set for hearing in this case on February 22, 2010.  The court has reviewed the papers  and

has determined that this matter is suitable for decision without oral argument.  Local Rule 78-

230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February

22, 2010, is VACATED, and the parties shall not appear at that time.  As of February 22, 2010,

the court will take the matter under submission, and will thereafter issue its decision.


IT IS SO ORDERED.

**Dated:    February 17, 2010                        /s/ Anthony W. Ishii        **
                                        CHIEF UNITED STATES DISTRICT JUDGE