# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BNSF RAILWAY COMPANY., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAN JOAQUIN VALLEY RAILROAD ) <br> COMPANY, et al., ) <br> ) <br> Defendants. ) <br> _____ ) <br> and related counter-claims. | NO. 1:08-CV-01086-AWI-SMS <br><br> ORDER RETURNING DOCUMENTS TO DEFENDANTS SAN JOAQUIN VALLEY RAILROAD COMPANY AND TULARE VALLEY RAILROAD COMPANY |

On March 10, 2010, the court received a hard copy bound set of documents from San Joaquin Valley Railroad Company and Tulare Valley Railroad Company (collectively "Defendants"). The cover sheet indicated that the documents were a courtesy copy of a set of documents that were previously filed under seal on June 9, 2009 in this court. However, the documents that followed the cover sheet were not documents that were previously filed under seal on June 9, 2009. The documents that followed included various declarations, deposition transcripts, and discovery responses ("Miscellaneous Documents").

On March 10 and March 11, 2010, the court spoke with Gary Parks, Defendants' counsel, about the Miscellaneous Documents that were submitted on March 10, 2010. Mr. Parks informed the court that the documents were not intended to be filed under seal, were not documents that were previously filed under seal, and appeared to have been mistakenly bound to

1 | the cover sheet.  Further, defense counsel was unsure why the Miscellaneous Documents had
2 | been submitted.  Finally, it is not clear that Plaintiff BNSF Railway Company received a copy of
3 | the Miscellaneous Documents.

Accordingly, the court is returning the Miscellaneous Documents to Defendants' counsel. If the Defendants desire to resubmit these particular documents to the court, they should file them electronically under a separate cover sheet, which clearly indicates what these documents are and what counsel wishes the court to do with the documents.

The Clerk is ordered to return the Miscellaneous Documents to Defendants' counsel.

IT IS SO ORDERED.

**Dated:   March 11, 2010**              /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE