IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, | ) | 1: 08-CV-1086 AWI SMS |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING THE CLERK |
| | ) | OF COURT TO REIMBURSE |
| | ) | FILINGS FEES TO DEFENDANTS |
| v. | ) | THAT WERE ERRONEOUSLY |
| | ) | INCURRED |
| SAN JOAQUIN VALLEY RAILROAD | ) | |
| COMPANY, et al., | ) | ORDER DIRECTING THE CLERK |
| | ) | OF COURT TO TERM THE |
| Defendants. | ) | PENDING APPEAL |
| | ) | |
| _____ | ) | (Documents #198 & 199) |

On December 30, 2010, Defendant and Counterclaimant San Joaquin Valley Railroad Company and Defendant Tulare Valley Railroad Company ("Defendants") filed a request for reimbursement to Defendants of filing fees. Defendants' request is based on a December 28, 2010 notice of appeal erroneously filed by Defendants. Defendants have provided evidence that they intended the December 28, 2010 documents to be a motion for reconsideration of the Magistrate Judge's December 14, 2010 order and not an appeal to the Ninth Circuit Court of Appeals. See Documents #198 & 199. As such, Defendants should not have paid the $455.00 required for an appeal to the Ninth Circuit Court of Appeals.

In the interests of justice, the court ORDERS that:

1. Defendants request for the reimbursement of $455.00 to Defendants (Document #198) is GRANTED;

2. The Clerk of the Court is DIRECTED to reimburse Defendants in the amount of $455.00;

3. As the pending appeal was filed in error, the Clerk of the Court is DIRECTED to term the pending appeal (Document # 194).

IT IS SO ORDERED.

Dated:    January 4, 2011

CHIEF UNITED STATES DISTRICT JUDGE