1  Briggs and Morgan, P.A.
   Timothy R. Thornton, MN Bar No. 109630
2  (Admitted Pro Hac Vice)
   Paul J. Hemming, MN Bar No. 0346184
3  (Admitted Pro Hac Vice)
   2200 IDS Center
4  80 South Eighth Street
   Minneapolis, MN  55402-2157
5  Telephone:     (612) 977-8400
   Facsimile:     (612) 977-8650
6
   Auchard & Stewart
7  Paul Auchard, Bar No. 060474
   2377 W. Shaw, Suite 106
8  Fresno, CA 93711-3438
   Telephone:     (559) 432-0991
9  Facsimile:     (559) 432-1025

10 Attorneys for Plaintiff
   BNSF Railway Company, a Delaware Corporation
11
                    IN THE UNITED STATES DISTRICT COURT
12
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
13

| BNSF Railway Company, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>San Joaquin Valley Railroad Company, a California Corporation; and Tulare Valley Railroad Company, a Nevada Corporation,<br><br>Defendants. | Case No.  1:08-CV-01086-AWI-SMS<br><br>**Case Type:  Declaratory Judgment/Contract**<br><br>**STIPULATION AND ORDER REGARDING PRE-TRIAL CONFERENCE; PROPOSED ORDER**<br><br><br>Trial Date: April 16, 2012 |
|---|---|

22      To accommodate a trial scheduling conflict in another matter, the parties have agreed that

23 the pre-trial conference matter is this case may be rescheduled from March 2, 2012 at 8:30 a.m. to

24 February 24, 2012 at 8:30 a.m. upon approval of the Court.

BRIGGS AND
MORGAN, P.A.
ATTORNEYS AT LAW
MINNEAPOLIS

STIPULATION REGARDING PRE-TRIAL
CONFERENCE; PROPOSED ORDER

4324119v1

1  Dated: October 19, 2011                     Briggs and Morgan, P.A.

3                                              By: *s/ Paul J. Hemming*
4                                                  Timothy R. Thornton
                                                   Paul J. Hemming
                                                   Attorneys for Plaintiff
5                                                  BNSF Railway Company, a Delaware
                                                   Corporation

7  Dated: October 19, 2011                     Lang, Richert & Patch

10                                             By: *s/ William T. McLaughlin II*
                                                   William T. McLaughlin II
                                                   Attorney for Defendants and for
11                                                 Counterclaimant

ORDER

Based on the agreement of counsel, the Court hereby approves the Stipulation Regarding Pre-Trial Conference. The pre-trial conference is now set for February 24, 2012 starting at 8:30 a.m.

IT IS SO ORDERED.

Dated: October 20, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

BRIGGS AND
MORGAN, P.A.
ATTORNEYS AT LAW
MINNEAPOLIS

- 3 -

STIPULATION REGARDING PRE-TRIAL
CONFERENCE; PROPOSED ORDER

4324119v1