IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>          Plaintiff,<br><br>  v.<br><br>SAN JOAQUIN VALLEY RAILROAD COMPANY, a California Corporation, et al.,<br><br>          Defendants. | NO. 1:08-CV-01086 AWI SMS<br><br>ORDER VACATING JULY 30, 2012 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

      Plaintiff's motion for judgment of entry has been set for hearing in this case on July 30, 2012. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. <u>See</u> Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 30, 2012, is VACATED, and the parties shall not appear at that time. As of July 30, 2012, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 26, 2012

CHIEF UNITED STATES DISTRICT JUDGE