1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE
9               EASTERN DISTRICT OF CALIFORNIA
10
11  **BNSF RAILWAY COMPANY,**              )   CV F 08 - 1086 AWI SMS
                                           )
12                    **Plaintiff**,       )   ORDER VACATING
                                           )   HEARING DATE FOR
13           **v.**                        )   DEFENDANT'S MOTION FOR
                                           )   LEAVE TO AMEND ANSWER
14  **SAN JOAQUIN VALLEY RAILROAD**        )   TO AMENDED COMPLAINT
    **COMPANY, et al.,**                   )   AND SUPPLEMENTAL
15                                         )   COUNTERCLAIM
                      **Defendants.**      )
16  _____   )
17
18
19
20
21          Currently before the court is a motion by defendant San Joaquin Valley Railroad

22  ("Defendant") to amend their Answer and Supplemental Counterclaims to the First Amended

23  Complaint of plaintiff BNSF Railway Company ("Plaintiff").  Hearing on Defendant's

24  motion for leave to amend is currently set for Monday, August 20, 2012.  The court has

25  reviewed Defendant's motion, Plaintiff's opposition and Defendant's reply and has

26  determined that, at least for the present, the issue is suitable for decision without oral

27  argument.  Local Rule 78-230(h).  If the court later finds that oral argument would likely be

28  helpful, it will notify the parties to set an acceptable time and date.

THEREFORE, it is hereby ordered that the hearing date of August 20, 2012 is hereby VACATED and no party shall appear at that time.  As of August 20, 2012, the court will take Defendant's motion for reconsideration under submission and will thereafter render its opinion.

IT IS SO ORDERED.

Dated:  ___August 17, 2012___                    _____

CHIEF UNITED STATES DISTRICT JUDGE